```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

        DEC 07 2018

          AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

Magistrate Judge Paula L. McCandlis

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　v.

MATTHEW M. WITTERS,

　　　　Defendant.

NO. MJ18-561

COMPLAINT FOR VIOLATION

Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), 846

BEFORE, Paula L. McCandlis, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1
**(Conspiracy to Distribute Controlled Substances)**

Beginning at a time unknown, but within the last five years, and ending on or about November 26, 2017, in Seattle, within the Western District of Washington, and elsewhere, MATTHEW M. WITTERS, and others known and unknown, knowingly and intentionally did conspire to distribute controlled substances under Title 21, United States Code, Section 812, including fentanyl and alprazolam.

It is further alleged that the offense involved 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-

COMPLAINT/WITTERS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

piperidinyl ] propanamide and 100 grams or more of a mixture or substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

The undersigned complainant, Michael Fischlin, a Postal Inspector with the United States Postal Inspection Service ("USPIS") being duly sworn, further deposes and states as follows:

## INTRODUCTION

1. I am a Postal Inspector with the USPIS and have been so employed since June 2016. I am currently assigned to the Seattle Division, Prohibited Mail Narcotics Team, where I investigate controlled substances transported via the United States Mail. I have attended a one-week training course presented by the USPIS addressing narcotics investigations and trends in narcotics mailings. At that training, subject matter experts taught current trafficking trends and suspicious parcel recognition.

2. Prior to becoming a Postal Inspector, I was employed as a Special Agent ("SA") of the United States Secret Service ("USSS"). As part of my training, I completed the Federal Law Enforcement Training Center ("FLETC") Criminal Investigator Training Program as well as the USSS SA Training Program. While employed by the USSS, I was trained in computer forensics. Prior to joining the USSS, I served four years of active duty in the United States Marine Corps as a military policeman.

3. As a Postal Inspector, I am authorized to investigate crimes involving federal offenses relating to the United States Postal Service ("USPS"). During the course of my law enforcement career, I have conducted or participated in criminal investigations involving access device fraud, bank fraud, computer fraud, counterfeit currency and securities, identity theft, illegal narcotics, mail theft, robbery, and wire fraud. My duties

have included planning the execution of search warrants; securing and searching premises; seizing documents, records and other evidence; and interviewing witnesses.

4. The facts set forth in this complaint are based on my own personal knowledge; information obtained from other individuals during my participation in this investigation, including other law enforcement officers; interviews of cooperating witnesses; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

5. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, it does not set forth each and every fact that I, or others, have learned during the course of this investigation.

6. As discussed below, MATTHEW WITTERS both purchased and sold drugs on dark web marketplaces under the handles "kakashisan" and "sayNOtoCUSTOMS", which were shipped via the USPS. WITTERS completed approximately 2,938 orders on the dark web under the listed monikers for approximately 1,271 bitcoin, valued at approximately $764,588 at the time of sales.

## SUMMARY OF PROBABLE CAUSE

### A. The Dark Web

7. The Onion Router or "TOR" network is a special network of computers on the Internet, distributed around the world, that is designed to conceal the true Internet Protocol ("IP") addresses of the computers accessing the network, and thereby the locations and identities of the network's users. TOR likewise enables websites to operate on the network in a way that conceals the true IP addresses of the computer servers hosting the websites, which are referred to as "hidden services" on the TOR network. Such "hidden services" operating on TOR have complex web addresses, which are many times generated by a computer algorithm, ending in ".onion" and can only be accessed through specific web browser software designed to access the TOR network. Most

"hidden services" are considered dark web services with no legitimate or identified service provider to which legal process may be served.

8. There are a number of marketplaces that have appeared on the dark web that have offered contraband for sale, including narcotics. Users typically purchase narcotics through these marketplaces using digital currency such as bitcoin.

9. Bitcoin is a type of digital currency. Bitcoin payments are recorded in a public ledger that is maintained by peer-to-peer verification and is thus not maintained by a single administrator or entity. Bitcoins are widely used to conduct both legitimate and unlawful business. For example, Microsoft accepts bitcoins as payment for Xbox games and services. On the other hand, bitcoins were the payment used on the Silk Road, a website on the dark web that offered drugs and other contraband for sale.

10. Pretty Good Privacy ("PGP") is used on dark web markets to encrypt communications between vendors and customers. When a customer orders from a vendor or sends a vendor a message on a dark web market, that information may be stored in the marketplace's database. Given concerns that the marketplace server may be hacked or seized by law enforcement, vendors and customers often communicate via PGP encrypted means to address this security problem.

11. A vendor has both a PGP private key and a public key. A customer can use the vendor's public key to encrypt a message. The vendor then uses their private key to decrypt the message. Vendors keep their private key secure but not their public key, which they put on their profile. This is done so customers may use a vendor's PGP public key to encrypt data sent to the vendor, such as the customer's name and address. Only the corresponding PGP private key, held by the vendor, can decrypt the data.

**B.   The Seized Packages**

10. During the investigation, law enforcement seized multiple packages of drugs that were destined for WITTERS.

11. Specifically, on or about November 20, 2017, I intercepted an international parcel at the Shoreline Post office. The parcel was from China and addressed to

COMPLAINT/WITTERS - 4

WITTERS at 16738 2nd Ave NE, Shoreline, WA. A Homeland Security Investigations ("HSI") SA conducted an extended border search of the parcel. The parcel contained small plastic baggies with a white powder and a rock-like substance. The substances found within the parcel were sent to the Washington State Patrol ("WSP") Crime Laboratory for analysis. On November 27, 2018, the WSP Crime Laboratory provided results. Based upon gas chromatography/mass spectrometry and infrared spectroscopy, a WSP Crime Laboratory forensic scientist concluded that one of the baggies containing five grams of white powder contained fentanyl. USPS business records showed that a phone number associated with WITTERS had tracked the parcel.

12. On or about November 20, 2017, U.S. Customs and Border Protection ("CBP") in San Francisco, California, had seized an international parcel from China addressed to WITTERS at the same Shoreline address. The package contained a variety of substances, including approximately five grams of a substance that was presumptively identified as fentanyl hydrochloride. Fentanyl hydrochloride is the hydrochloride salt form of fentanyl.

13. Previously, on or about September 9, 2017, CBP in Torrance, California, had seized an international parcel from Tonga addressed to WITTERS at the same Shoreline address. The package contained a variety of substances, including approximately six grams of a substance that was presumptively identified as benzylfentanyl. Benzylfentanyl is a fentanyl analog.

C.  **WITTERS's Orders on the Dark Web**

14. In April 2017, federal agents executed a search warrant for a residence in Oklahoma. The residence was associated with a dark web vendor who operated on AlphaBay who shipped controlled substances, including fentanyl, via the USPS. Agents seized drugs from the residence, including fentanyl. In addition, a spiral notebook was found inside of a backpack within the residence. One of the pages within the notebook contained a label bearing the name "Matt Witters" and the address "2104 SW 110th St, Seattle, WA 98146." On the same page, the word "saynotocustoms" was handwritten.

Using a law enforcement database, I found that WITTERS was associated with this street address.

15. In December 2017, I learned of a USPIS case in California that involved a suspect in Seattle. Specifically, in August 2017, S.G. was charged in the Southern District of California with Conspiracy to Distribute Fentanyl, Possession with Intent to Distribute Carfentanil, and Possession with Intent to Distribute Ketamine. Pursuant to a search warrant served on S.G.'s computers and investigation into S.G.'s dark web identities, it was determined that S.G. had operated on numerous dark web marketplaces, including AlphaBay. The investigation revealed that S.G. had completed thousands of transactions on the dark web where S.G. had bought and sold controlled substances throughout the United States. The investigation also revealed that S.G. imported narcotics into the United States.

16. A sales ledger was found on S.G.'s computer with entries listing the type and amount of drug sold, the buyer's dark web marketplace moniker, and the name and address of where the package was sent. Two of the entries included WITTERS's name:

> DEC 21
> Matt Witters – 1 K – sayNotoCustoms – Ab
> 7905 Detroit Ave. SW
> Seattle, WA 98106-1906
>
> JUN 17
> Matt Witters – 2 K – sayNotoCustoms
> 2104 SW 110th St.
> Seattle, WA 98146

17. Using a law enforcement database, I found that WITTERS was associated with both of these street addresses. S.G. told law enforcement agents that "K" on the ledger referred to Ketamine. Ketamine is a Schedule III controlled substance.

**D.   sayNOtoCUSTOMS's Dream Market Profile**

18. As discussed above, the phrase "saynotocustoms" was found on the spiral notebook in S.G.'s residence. On or about August 22, 2017, USPIS Inspector Brett

Willyerd and I located the vendor profile for "sayNOtoCUSTOMS" on Dream Market, a dark web marketplace.[1] The profile picture for sayNOtoCUSTOMS was of Homer Simpson wearing a reggae hat and glasses. At that time, sayNOtoCUSTOMS was in "vacation mode," meaning that sayNOtoCUSTOMS was not actively taking new orders for narcotics via Dream Market. However, Dream Market showed that sayNOtoCUSTOMS's last active date was on or about August 22, 2017, meaning that someone had logged into the account on that day.

19. On or about October 6, 2017, I viewed sayNOtoCUSTOMS's profile on Dream Market. sayNOtoCUSTOMS was no longer in vacation mode. The following comment was under the terms and conditions of sayNOtoCUSTOMS's profile:

> BACK from vacation. If my listings are up I am working and you will get it in timely manner, you never have to ask. I ALWAYS take my listings down when I'm not gonna be working. If you've ordered and haven't received it and I take my listings down and put my status on vacation rest assured your stuff is coming.

20. I observed that sayNOtoCUSTOMS had three separate listings for fentanyl, varying from 500 milligrams to 3 grams. sayNOtoCUSTOMS indicated that orders of 500 milligrams and under would be shipped via first-class mail. I reviewed a listing for 1 gram of fentanyl and observed that the only shipping option was priority mail. I also observed a comment under the terms and conditions of sayNOtoCUSTOMS's profile regarding the need for customers to use Kleopatra. Kleopatra is an application used to store PGP certificates and keys.

21. On or about November 8, 2017, I viewed sayNOtoCUSTOMS's profile on Dream Market. I observed four separate listings for fentanyl, varying from 250 milligrams to 3 grams. Under the terms and conditions section of the profile, I observed

---

[1] The moniker "sayNOtoCUSTOMS" appeared on multiple dark web sites and in various other places, often with different letters capitalized. For ease of reference, this Affidavit uses a single form of capitalization of the moniker.

the following: "UPDATE 11/2: I'm not retiring afterall… I had a massive loss of money so I need to work still… despite the major risks. I'm trying to find a partner to ship for me but rn im doing it." I also noticed another update: "UPDATE 10/27: I had some life situation pop up this week that required my full attention ad a few packs went out late. You guys know for 3 yrs I've been the fastest guy anywhere, but life happens, There might be a 3-4 day delay for a few of your orders this week. sorry guys, remember I'm not amazon."

22. On or about November 15, 2017, I viewed sayNOtoCUSTOMS's profile on Dream Market. I observed nine separate listings for fentanyl, six of which were for nasal sprays. A 500 milligram fentanyl listing by sayNOtoCUSTOMS contained the following under the shipping and refunds section of the product description:

> So due to security and shipping concerns (the bulk of orders are under 500mg, and having giant bags of parcels is a red flag), everything up to 500mg will be shipping using first class mail now, 1g and up will go priority with tracking, first class mail letters will be UNTRACKED and you agree that if your order is lost there will be NO RESHIPS on any orders up to 500mg, this is just the chance you gotta take if you wanna order from me. I haven't had a parcel be lost in a long time, as long as the address you give me is correct and valid. If your order is 500mg and below make sure you are able to get your mail daily and check for your letter.

23. In addition, under sayNOtoCUSTOMS's listings for fentanyl spray there was a product description, which included: "I sold thousands of these on Alpahbay. You can carry them around anywhere you go and take your meds when and where you need them, anyone looking thinks you just have allergies! I've literally done sprays RIGHT next to a cop in line at the grocery store. Who would know? no one."

24. In addition to the fentanyl listings, there was a listing titled "REAL ALPLAX 2MG BARS BY GADOR PHARMA!" The listing included a photograph of numerous white strips of tablets laid on a black surface. Alplax is also know by the brand

name Xanax, and contains the drug alprazolam, which is a Schedule IV controlled substance.

25. On or about November 17, 2017, I accessed Dream Market. I was unable to find any listings by sayNOtoCUSTOMS.

26. On or about February 2, 2018, I logged into Dream Market and viewed sayNOtoCUSTOMS's profile. Dream Market showed that sayNOtoCUSTOMS had retired on November 26, 2017. Under the terms and conditions section of the profile, I observed the following: "11/17; On vacation sorry guys don't know for how long, could be a long time. all orders went out that were accepted, one i accepted and then rejected. Sorry guys, it is what it is."

27. Dream Market showed that sayNOtoCUSTOMS joined on November 13, 2015. sayNOtoCUSTOMS had 340 reviews with an overall rating of 4.92 out of 5. Due to my experience, I know that a review is generally associated with an order, meaning that sayNOtoCUSTOMS had conducted at least 340 orders on Dream Market. During my reviews of the account, I observed that sayNOtoCUSTOMS had sold both fentanyl and Xanax. Fentanyl was sold in the form of both a powder and a nasal spray.

E. **sayNOtoCUSTOMS's Profile on AlphaBay**

28. sayNOtoCUSTOMS also operated on AlphaBay, which, as described above, was a dark web marketplace that was seized by law enforcement in July 2017. I reviewed records from the seized AlphaBay server, which contained information about the vendor account for sayNOtoCUSTOMS. The profile picture for the account was of Homer Simpson wearing a reggae hat and glasses, which matched the profile picture for sayNOtoCUSTOMS on Dream Market.

29. The sayNOtoCUSTOMS profile included an "about" section which began: "I'm a real fentanyl HCL vendor (pure 98% fully water soluble salts), not the bullshit analogs." Records showed that sayNOtoCUSTOMS sold fentanyl and Xanax on the marketplace. Fentanyl was sold in the form of both a powder and a nasal spray.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

30.     A review of the AlphaBay records revealed a listing by sayNOtoCUSTOMS titled "800 REAL ALPLAX BRAND BARS BY GADOR PHARMACEUTICAL – USA." The listing included a photograph of numerous white strips of tablets laid on a black surface. The photograph matched the photograph for a similar listing by sayNOtoCUSTOMS on Dream Market, providing further evidence that sayNOtoCUSTOMS was controlled by the same user on both Dream Market and AlphaBay.

31.     Records showed that sayNOtoCUSTOMS registered on AlphaBay on or about November 8, 2015. sayNOtoCUSTOMS was last active on the site on or about July 5, 2017. sayNOtoCUSTOMS completed approximately 2,383 orders. Records indicated that, from around November 2015 to July 2017, sayNOtoCUSTOMS received approximately 1,165 bitcoins as payment for the orders.

32.     Records further showed that sayNOtoCUSTOMS posted a message on AlphaBay Market Forum regarding the use of a mixer to anonymize coins withdrawn from AlphaBay. The message included the following:

> Thats great, so I have been using bitblender[2] for my blending. has anyone checked how effective AB's tumbling is? I'm not hip enough to figure out if w/d's strait from AB are fully untraceable or is it possible to see the coins came from AB unless you tumble them a second time? i think .5% is more than fair for simple computer operation. So I'm a level 6 vendor with 3k a day in sales. should I tumble them still or should I be safe with AB's new tech?

F.   **Related Vendor Account on AlphaBay**

33.     As discussed below, the vendor account "kakashisan" on AlphaBay appeared to be controlled by the same user as sayNOtoCUSTOMS.

---

[2] Based upon my training and experience, I know that Bitcoin Blender is a Tor hidden service that allows users to obfuscate their Bitcoin transactions.

34.   I reviewed the seized AlphaBay server for records pertaining to kakashisan. The records showed that kakashisan registered on AlphaBay on or about September 20, 2015. kakashisan was last active on the site on or about July 1, 2017. kakashisan completed approximately 215 orders for approximately 106 bitcoins. kakashisan sold fentanyl and Xanax on the marketplace. Fentanyl was sold in the form of both a powder and a nasal spray.

35.   Records showed kakashisan posted a message on the AlphaBay Market Forum claiming to reside in Seattle. On November 1, 2015, kakashisan also posted a message advising that he had created a new account under the name sayNOtoCUSTOMS which read:

> I finally got my hands on a few hundred real Alplax bbrand bars by Gador pharmaceuticals (I always put alprax cause i buy those too sometimes from an indian seller and i get the names mixed up lol, these are alplax bars by gador), they are hands down the best quality xanax bar on the planet. Don't believe me? google it. I'm 100% sure I'm the only human on early selling these us to us on any market.
> enjoy :) i only got 400 of them but they are worth every penny, the champagne of bars lol.
> I've made a new account and will be listing them on Sunday 11/7 under the account sayNOtoCUSTOMS

36.   A message from the AlphaBay server that was sent by sayNOtoCUSTOMS on November 18, 2015, further indicated that sayNOtoCUSTOMS and kakashisan were controlled by the same person. The message was titled, "Whoops! This is kakashisan!" and included the following: "I forgot to tell you that I made this account for my vending now I started vending on kakashisan and decided it was smarter to have a separate vend account."

37.   In another message that was part of the same exchange, sayNOtoCUSTOMS wrote:

> please I've given plenty of proof this is my account, look at my post in november that says "This is kakashisan!" cause people were getting confused, please guys i've been of or

your top vendors for a long time almost 600k in sales please you KNOW it's me. Its my commission account. I'm a good vendor people really like me can you please just do this one favor for me?

G. **WITTERS's Ties to sayNOtoCUSTOMS and kakashisan**

38. During my investigation, I uncovered numerous pieces of evidence tying WITTERS to the sayNOtoCUSTOMS and kakashisan accounts. First, according to the seized AlphaBay records, the date of birth associated with the sayNOtoCUSTOMS and kakashisan profiles matched WITTERS's date of birth.

39. Second, as detailed above, S.G.'s drug ledger indicated that sayNOtoCUSTOMS was WITTERS.

40. Third, USPS business records showed several USPS accounts in WITTERS's name. One of the accounts listed an address of 7905 Detroit Ave SW, Seattle, WA. The account had a user name of "kakashisan." It should be noted the address for this account matched one of the addresses for WITTERS listed on S.G.'s drug ledger.

41. Fourth, the email address associated with sayNOtoCUSTOMS on Dream Market was anon432112344321@gmail.com. I obtained a search warrant for this account and it contained several emails indicating that WITTERS had control over the email account. For example, I located an email sent on February 18, 2016, regarding an order for Alprax in which MoneyGram was used for payment that included the following message:

> Hey bud I just sent moneygram for $660 for 100 viagra and 1000 alprax. $150 for the viagra and $500 for the alprax and $10 shipping.
> Sent to: USARAK PUTTAWONG
> Senders name: MATTHEW WITTERS
> Senders City: Seattle, WASHINGTON, USA

42. I located another email sent by anon432112344321@gmail.com on April 15, 2016, in which the user provided a name and address for shipment. The name and address provided was Matt WITTERS, 7905 Detroit Ave SW, Seattle, WA 98106.

43. Fifth, I also located in this email account a message in which the user shared the PGP public key for kakashisan and otherwise referred to that vendor name and sayNOtoCUSTOMS. Specifically, the message, send on November 9, 2015, stated:

> here is kakashisan's pgp again. I have a new vendor account on alphabay called "sayNOtoCUSTOMS" I'll give you that pgp too. please import both pgp certificates to your pgp. Kakshisan PGP, this is for SURE the same pgp as i used on abraxas [*i.e.*, a different dark net drug market].

44. In addition, I located in the email account a message containing the PGP public key for sayNOtoCUSTOMS. The message stated: "new PGP for my vendor account called sayNOtoCUSTOMS." I also located in the email account a message addressed to the user of the account that began, "Hi saynotocustoms".

45. Sixth, I obtained an email search warrant for a different email account associated with WITTERS, cssrules@gmail.com, which contained additional evidence. For example, I recovered an email with an attached photograph of WITTERS holding his driver's license and a piece of paper that said, "cryptsy – 11/24/2015" under which "kakashisan" was written. I also located an email with an attached photograph of numerous white strips of tablets laid on a black surface. The photograph matched the photograph for the sayNOtoCUSTOMS Alplax listings on both AlphaBay and Dream Market. I also located an email sent by cssrules@gmail.com attached to which were the PGP private and public keys for kakashisan. The public PGP key matched the public PGP key found on the seized AlphaBay server for the vendor kakashisan. I also located numerous emails pertaining to orders for equipment and supplies that could be used in the distribution of controlled substances via the U.S. mail. The orders included such items as digital scales, heat/vacuum sealers, Mylar bags, plastic baggies, nasal spray bottles, bottles with droppers, printer ink cartridges, and mailing/shipping labels. In addition,

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

numerous emails were located pertaining to USPS orders shipped to WITTERS for large quantities of priority mail boxes, priority mail envelopes, address labels, tracking labels, and stamps.

46.     Seventh, WITTERS is closely associated with Bitcoin, a cryptocurrency used to conduct drug sales on Dream Market and AlphaBay. For example, WITTERS's Facebook account included a post responding to a post that showed a picture of cash. WITTERS posted:

> That looks like 25k. I win lol, nah, cash is for suckers, buy bitcoin man. Cash aint gonna be worth the paper it's printed on soon. I wish I could buy a house with bitcoin but one day you will be able to. crypto is gonna get us out from under the banksters thumbs and we will truly be free. The age of information will bring about the age of empire.

47.     Eighth, WITTERS on his Facebook page described losing a large amount of bitcoins, coinciding with the time that sayNOtoCUSTOMS went dark on Dream Market, explaining why he was no longer active on the dark web site. Specifically, WITTERS posted on Facebook on November 17, 2017:

> if you guys would have bought bitcoin in september when it crashed to 3kk cause china banned it (for the third time, they will be unbanning it again here soon). btc hit 8k 3 times in the last few days. I told you guys at $400, $650, $800, etc, I have the FB posts right here lol, you guys cant say you didn't know. had a super bad week i got phished like an udiot and lost 600k bitcoin, almost offed myself, then I remembered I had 114 coins in an old blockchain wallet i forgot the pw to in may 2016, i pestered blockchain.com, a company that offers wallets, they had told me that if I lost my recovery phrase and had second pw I was SOL, but i was looking around about it online and fiund a post a guy nade of an email from blockchain with an attachment of all his wallet backups, I was like wtf, why shouldn't I be able to get my old wallet backup emaild to me. They did it after pestering them for 2 days lol, It was hard too I hade to figure out how top get my private keys from the wallet it was nuts for days I sat here in the hopes this would work and last night I did it I got 114 bitcoins

woth about 850k lol, sucks I got hacked but i prolyl never would have gotten that wallet back if I wasn't desperate lol.

48. As noted above, sayNOtoCUSTOMS left Dream Market on or about November 26, 2017, posting on November 17, 2017, the day of the Facebook post above: "11/17; On vacation sorry guys don't know for how long, could be a long time. all orders went out that were accepted, one i accepted and then rejected. Sorry guys, it is what it is."

## CONCLUSION

49. Based on the foregoing, I respectfully submit that there is probable cause to believe that WITTERS committed the crime of Conspiracy to Distribute Controlled Substances, in violation of 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846.

MICHAEL FISCHLIN, Complainant
Inspector, USPIS

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 7th day of December, 2018.

PAULA L. McCANDLIS
United States Magistrate Judge