THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MATTHEW M. WITTERS,<br><br>        Defendant. | CASE NO. CR18-0314-JCC<br><br>ORDER |

This matter comes before the Court on the parties' joint motion to continue the trial date and pretrial motions deadline (Dkt. No. 20). Defendant has filed a speedy trial waiver up to July 30, 2019. (Dkt. No. 22.) Having considered Defendant's motion and speedy trial waiver, the Court FINDS:

    1.    Taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

    2.    Aspects of this case are unusual and complex due to the nature of the prosecution and the charges in the indictment, such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii); and

3. The ends of justice will be served by a continuance, and the ends of justice outweigh the best interests of the public and Defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, the parties' motion to continue trial (Dkt. No. 20) is GRANTED. It is therefore ORDERED that the trial date be CONTINUED from February 19, 2019 to July 8, 2019 at 9:30 a.m., and that the time between the date of this order and the new trial date is excludable time under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(ii), and 3161(h)(7)(B)(iv). Any pretrial motions shall be filed no later than June 3, 2019.

DATED this 31st day of January 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0314-JCC
PAGE - 2