UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0314-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MATTHEW M. WITTERS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion for an extension of time to respond to Defendant's motion to dismiss (Dkt. No. 27). Finding good cause, the motion is GRANTED. The Clerk is DIRECTED to re-note Defendant's motion to dismiss (Dkt. No. 21) to June 14, 2019. The Government shall respond to Defendant's motion by June 10, 2019. Defendant's reply in support of his motion to dismiss is due no later than June 14, 2019.

DATED this 28th day of February 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk