THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW M. WITTERS,<br><br>    Defendant. | CASE NO. CR18-0314-JCC<br><br>ORDER |

This matter comes before the Court on the United States' motion for entry of a final order of forfeiture (Dkt. No. 47). The motion concerns the following property:

1. Approximately $86,666.82 in U.S. funds, seized on or about December 10, 2018, from a U.S. Bank account ending in 1982 held in the name of Matthew Witters;

2. Approximately $279,268.74 in U.S. funds, seized on or about December 10, 2018, from a U.S. Bank account ending in 7643 held in the name of Matthew Witters;

3. Approximately $260,296.40 in U.S. funds, seized on or about December 10, 2018, from a Gemini Trust Company account held in the name of Matthew Witters;

4. Approximately $168,373.42 in U.S. funds, seized on about December 10, 2018, from a Robinhood Markets, Inc. account ending in 8546 held in the name of Matthew Witters;

5. Approximately $3,086.69 in U.S. funds, seized on or about December 10, 2018,

1. from a GBC International Bank account ending in 1014 held in the name of Matthew Witters;
6. Approximately $165,337 in U.S. currency, seized on or about December 11, 2018, from safe deposit box 610207 located at GBC International Bank, 16001 Aurora Ave. N, Shoreline, Washington;
7. Approximately 0.20807255 Bitcoins, seized on or about December 10, 2018, from a Gemini Trust Company account held in the name of Matthew Witters;
8. Approximately 0.17044182 Bitcoins, seized on or about December 10, 2018, from a Bittrex account held in the name of Matthew Witters;
9. Approximately 21,547.69 units of Tether, seized on or about December 10, 2018, from a Bittrex account held in the name Matthew Witters;
10. Two gold-in-color necklaces, seized on or about December 11, 2018, from safe deposit box 610207 located at GBC International Bank, 16001 Aurora Ave. N, Shoreline, Washington;
11. Approximately $100,000 in U.S. funds, seized on or about December 20, 2018, from a U.S. Bank account ending in 1982 held in the name of Matthew Witters;
12. Approximately $50,163.60 in U.S. funds, seized on or about January 4, 2019, from an E*TRADE account ending in 3591 held in the name of Matthew Witters;
13. Approximately 0.1767823 Bitcoins, seized on or about December 11, 2018, from a Jaxx wallet via a seed phrase seized from safe deposit box 610207 located at GBC International Bank, 16001 Aurora Ave. N., Shoreline, Washington; and
14. One Glock 27 pistol, with serial number PNT659, seized on or about December 11, 2018, from safe deposit box 610207 located at GBC International Bank, 16001 Aurora Ave. N, Shoreline, Washington, and any associated ammunition.

Having considered the motion and the relevant record, the Court FINDS that forfeiture is appropriate for the following reasons:

1. On December 11, 2019, the Court entered a preliminary order of forfeiture that found the above-listed property forfeitable pursuant to 21 U.S.C. § 853(a) and that forfeited Mr. Witters's interest in the property, (Dkt. No. 43 at 3–5);

2. Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), (*see* Dkt. No. 46), and the United States provided direct notice to two identified potential claimants as required by Rule 32.2(b)(6)(A), (*see* Dkt. No. 47-1 at 1–2); and

3. The time for filing third-party petitions expired, and none were filed, (*see* Dkt. No. 47 at 6).

Given the Court's findings, the Court GRANTS the motion (Dkt. No. 47) and ORDERS as follows:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department Justice, the United States Postal Inspection Service, and/or their representatives are authorized to dispose of the property in accordance with governing law.

DATED this 8th day of April 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE